UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BUSS CHEMTECH AG,

                Plaintiff(s)

                25 civ 3710 (JGK)

-against-

PCS PHOSPHATE COMPANY, INC.,

                Defendant(s).
-----------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, August 6, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

                                          **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 31, 2025