UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BUSS CHEMTECH AG.,                                    :

                Plaintiff,                    :          ORDER

       -v.-                                         :          25 Civ. 3710 (JGK)(GWG)

PCS PHOSPHATE COMPANY, INC.,               :

              Defendant.                  :
------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Defendants state that they seek to stay discovery pending disposition of their planned motion to dismiss. See Docket # 34.   Any motion to stay discovery shall be filed on or before February 5, 2026.   Briefing thereafter shall be in accordance with paragraph 2.B of the Court's Individual Practices.   Discovery shall be stayed pending disposition of the motion for a stay.

      SO ORDERED.

Dated: January 29, 2026
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge