UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BUSS CHEMTECH AG                                          :

                                                         :    ORDER
                    Plaintiff,
                                                         :    25 Civ. 3710 (JGK) (GWG)

        -v.-
                                                         :

PCS PHOSPHATE COMPANY, INC.                              :

                                                         :
                    Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        Oral argument on the pending motion to stay discovery will take place via video on
Wednesday, March 11, 2026, at 11:00 a.m.    The Court will email the attorneys with the
information to connect to the proceeding.   The public may attend by dialing 646-453-4442 and
using access code: 204 904 977#.   The Court will record the proceeding for purposes of
transcription in the event a transcript is ordered.   However, any other recording or dissemination
of the proceeding in any form is forbidden.

        Each attorney is directed to ensure that all other parties on the case are aware of the oral
argument date and time.   In addition, any requests for an adjournment must be made in
compliance with Judge Gorenstein's rules (available at
https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein).

        SO ORDERED.

Dated:  March 5, 2026
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge