MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUSS CHEMTECH AG,

                     Plaintiff,

     v.

PCS PHOSPHATE COMPANY, INC.

                     Defendant.

Case No. 1:25-cv-03710-JGK-GWG

**DEFENDANT PCS PHOSPHATE COMPANY'S NOTICE OF MOTION TO STAY DISCOVERY**

---

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Defendant PCS Phosphate Company, Inc. ("PCS") will move this Court, before the Honorable John G. Koeltl and the Honorable Gabriel W. Gorenstein, at the United States Court House, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 26 to stay discovery in this action pending the outcome of PCS's forthcoming Motion to Dismiss Plaintiff Buss Chemtech AG's ("Buss") Amended Complaint.

Dated: February 5, 2026

Respectfully Submitted,

*s/ Mike Stenglein*

Mike Stenglein
New York State Bar No. 6058093
mstenglein@kslaw.com
Adam Gray
Texas State Bar No. 24087616
Admitted *Pro Hac Vice*
agray@kslaw.com
Christopher H. Taylor
Texas State Bar No. 24013606
Admitted *Pro Hac Vice*
ctaylor@kslaw.com
KING & SPALDING LLP
500 West 2nd Street, Suite 1800

1

2

Austin, Texas 78701
(512) 457-2000 (telephone)

**ATTORNEYS FOR DEFENDANT PCS PHOSPHATE COMPANY, INC.**

For the reasons and to the extent stated today at oral argument, the motion for a stay of discovery is denied.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 11, 2026

2