UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

BUSS CHEMTECH AG,

                    Plaintiff,                    25-cv-3710 (JGK)

        - against -                               ORDER

PCS PHOSPHATE COMPANY, INC.,
                    Defendants.

———————————————————————————

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on the motion to dismiss (ECF No. 41) on **Thursday, May 7, 2026, at 11:30 a.m.,** in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.


SO ORDERED.
Dated:    New York, New York
          April 24, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge