UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUSS CHEMTECH AG,

                        Plaintiff,          25-cv-3710 (JGK)

        - against -                         ORDER

PCS PHOSPHATE COMPANY, INC.,
                        Defendants.

---

JOHN G. KOELTL, District Judge:

   The oral argument is adjourned to **May 19, 2026, at 11:30**

**a.m.**


SO ORDERED.
Dated:      New York, New York
            April 28, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge