UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

BUSS CHEMTECH AG,

                    Plaintiff,              25-cv-3710 (JGK)

         - against -                        ORDER

PCS PHOSPHATE COMPANY, INC.,
                    Defendant.

————————————————————————————

JOHN G. KOELTL, District Judge:

    In light of the Memorandum Opinion and Order dated May 7,

2026, the oral argument scheduled for May 19, 2026, is **canceled.**


SO ORDERED.
Dated:    New York, New York
          May 7, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge