

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**SHIVANI R. DAMERA**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-2444
E-mail: sdanera@law.nyc.gov

June 24, 2026

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

6/24/26 *[signature]*
John G. Koeltl, U.S.D.J.

Re:  White v. City of New York, et. al.
1:26-cv-00873 (JGK)

Dear Judge Koeltl:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel for the City of New York, attorney for Defendants in the above-referenced action. In accord with paragraph I(C) of Your Honor's Individual Rules and Practices, I write to respectfully request an extension of time for Defendants, from June 26, 2026 to July 1, 2026, to respond to the Amended Complaint. This is Defendants first request for an extension of time to respond to the Amended Complaint, and the requested extension does not affect any scheduled dates. Plaintiff consents to the extension.

The requested extension is required because additional time is needed to finalize Defendants' response to the Amended Complaint and allow for the completion of client review.

Therefore, this Office respectfully requests that the Court grant Defendants' request for a brief extension of time to respond to the Amended Complaint to July 1, 2026.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Shivani Damera*

Shivani R. Damera
Assistant Corporation Counsel

cc:  All Parties of Record (By ECF)